UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BROWN, CARL M. | ) | CASE NO. 06-08340-SPS |
| BROWN, ARLENE | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

### TRUSTEE'S FINAL REPORT

TO: THE HONORABLE Susan Pierson Sonderby
BANKRUPTCY JUDGE

NOW COMES **GREGG SZILAGYI**, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on July 13, 2006. GREGG SZILAGYI was appointed Trustee on July 13, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of January 23, 2007 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 12,364.18 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 6,000.00 |
| c. | NET CASH available for distribution | $ 6,364.18 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.  Trustee compensation requested | $1,386.42 |

    2.    Trustee Expenses    $0.00
    3.    Compensation requested by attorney or other professionals for trustee

5. The Bar Date for filing unsecured claims expired on January 22, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $63,384.72 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,386.42 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $871.22 |
| e. | Allowed unsecured claims | $68,351.12 |

7. Trustee proposes that unsecured creditors receive a distribution of 6.01% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00.

9. A fee of $1000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE Feb 20, 2007

/s/ GREGG SZILAGYI
**GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

- Conducted the Debtor's Section 341 examination;
- Set up files and bank accounts for administration of estate;
- Investigated the Debtor's financial affairs, including claimed exemptions and potential objections to discharge;
- Employed and supervised an attorney and accountant to assist with the administration of the estate;
- Liquidated, abandoned and otherwise administered assets for the benefit of the estate **(NOTE: THE PROPERTY COMPRISING THE BULK OF FUNDS TO BE DISTRIBUTED ARE THE SURPLUS PROCEEDS OF A UCC FORECLOSURE SALE OF THE SEA RAY SUNDANCER BOAT;**
- Completed and filed all reports as required by the Bankruptcy Code and the United States Trustee;
- Communicated with creditors regarding administration of the estate and the timetable for closing the case and making distributions to creditors;
- Examined and, where required, objected to proofs of claim and otherwise resolved issues dealing with claims and priorities; and
- Completed and filed this Final Report and all other reports and documents required to close the case.

## EXHIBIT A

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                         Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

                            See Form 1, attached


Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

                            See Form 1, attached

| | |
|---|---|
| TOTAL RECEIPTS | $12,364.18 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $303,380.00 |

**EXHIBIT B**

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 06-08340    SPS    Judge: Susan Pierson Sonderby
Case Name: CARL M. BROWN / ARLENE BROWN
For Period Ending: 1/23/2007

Trustee Name: Susan Pierson Sonderby
Date Filed (f) or Converted (c): 7/13/2006 (f)
341(a) Meeting Date: 8/14/2006
Claims Bar Date: 1/22/2007

Trustee Name: GREGG SZILAGYI

| # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BOAT - SEA RAY SUNDANCER | 61,000.00 | Unknown |  | 12,352.02 | FA |
| 2 | REAL ESTATE - 7816 S. SAGINAW | 225,000.00 | Unknown | DA | 0.00 | Unknown |
| 3 | REAL ESTATE - TIMESHARE | 3,000.00 | Unknown | DA | 0.00 | Unknown |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | Unknown | DA | 0.00 | Unknown |
| 5 | BOOKS, ART OBJECTS, COLLECTIBLES | 50.00 | Unknown | DA | 0.00 | Unknown |
| 6 | WEARING APPAREL | 200.00 | Unknown | DA | 0.00 | Unknown |
| 7 | FURS AND JEWELRY | 150.00 | Unknown | DA | 0.00 | Unknown |
| 8 | AUTOMOBILE - 2003 CADILLAC | 15,980.00 | Unknown | DA | 0.00 | Unknown |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A |  | 12.16 | Unknown |

TOTALS (Excluding Unknown Values): $306,880.00    $0.00    $12,364.18

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /    Current Projected Date of Final Report (TFR):  / /

## CASH RECEIPTS AND DISBURSEMENTS

EXHIBIT C

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08340
Case Name: CARL M. BROWN
ARLENE BROWN
Taxpayer ID No: XX-XXX0990
For Period Ending: 1/23/2007

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4200 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 0.00 |
| 10/19/2006 | 1 | BROWN, CARL M. 7816 S. SAGINAW CHICAGO, IL 60649 | SURPLUS FROM UCC SALE OF BOAT | 1129-000 | 12,352.02 | | 12,352.02 |
| 10/23/2006 | | Transfer to Acct#XXXXXX4226 | Transfer of Funds | 9999-000 | | 6,000.00 | 6,352.02 |
| 10/31/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.55 | | 6,353.57 |
| 11/30/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.22 | | 6,358.79 |
| 12/29/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.39 | | 6,364.18 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 12,364.18 | 6,000.00 |
| Less: Bank Transfers/CD's | | 0.00 | 6,000.00 |
| Subtotal | | 12,364.18 | 0.00 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 12,364.18 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | 12,364.18 | 0.00 | 6,364.18 |
| MONEY MARKET ACCOUNT - XXXXXX4200 | 12,364.18 | | 6,364.18 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals 12,364.18 6,000.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08340
Case Name: CARL M. BROWN / ARLENE BROWN
Taxpayer ID No: XX-XXX0990
For Period Ending: 1/23/2007

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4226 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/2006 | | Transfer from Acct#XXXXXX4200 | Balance Forward<br>Transfer of Funds | 9999-000 | 6,000.00 | | 0.00<br>6,000.00 |
| 10/23/2006 | 001001 | BROWN, CARL M.<br>7816 S. SAGINAW<br>CHICAGO, IL 60649 | PAYMENT OF EXEMPTION RE BOAT | 8100-000 | | 6,000.00 | 0.00 |

```
                         COLUMN TOTALS                    6,000.00       6,000.00
                         Less: Bank Transfers/CD's        6,000.00           0.00
                       Subtotal                               0.00       6,000.00
                         Less: Payments to Debtors              0.00      6,000.00
                       Net                                     0.00          0.00
```

NET DEPOSITS  NET DISBURSEMENTS  ACCOUNT BALANCE
0.00          0.00               0.00
(Excludes account transfers)  (Excludes payments to debtors)

Total Funds on Hand

CHECKING ACCOUNT - XXXXXX4226        TOTAL OF ALL ACCOUNTS

Page Subtotals        6,000.00      6,000.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BROWN, CARL M. | ) | CASE NO. 06-08340-SPS |
| BROWN, ARLENE | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

## DISTRIBUTION REPORT

I, GREGG SZILAGYI, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,386.42 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $871.22 |
| General Unsecured Claims: | $4,106.54 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $6,364.18 |

EXHIBIT D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 1,386.42 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $1,386.42 | $1,386.42 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 871.22 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12 | Department of the Treasury-Internal Revenue Service, Claims of Governmental Units-- 507(a)(8) | $871.22 | $871.22 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

- 3 -

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 68,351.12 | 6.01 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 9 | American Express Bank FSB, General Unsecured 726(a)(2) | $5,216.18 | $313.39 |
| 8 | American Express Centurion Bank, General Unsecured 726(a)(2) | $3,386.10 | $203.44 |
| 10 | American Express Travel Related Svcs Co, General Unsecured 726(a)(2) | $4,140.07 | $248.74 |
| 14 | Chase Bank USA NA, General Unsecured 726(a)(2) | $10,259.23 | $616.38 |
| 5 | Citibank ( South Dakota ) N.A., General Unsecured 726(a)(2) | $917.82 | $55.14 |
| 7 | Citibank ( South Dakota) N.A., General Unsecured 726(a)(2) | $1,373.26 | $82.51 |
| 3 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $7,307.98 | $439.06 |
| 13 | eCAST Settlement Corporation, General Unsecured 726(a)(2) | $2,516.43 | $151.17 |
| 11 | eCast Settlement Corporation assignee of, General Unsecured 726(a)(2) | $17,414.29 | $1,046.25 |
| 6 | Innovative Bank, General Unsecured 726(a)(2) | $15,358.60 | $922.75 |
| 4 | Recovery Management Systems Corporation, General Unsecured 726(a)(2) | $461.16 | $27.71 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 63,384.72 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | chase auto finance, Personal Property & Intangibles-Consensual Liens (UCC, chattel, PMSI) | $40,879.86 | $0.00 |
| 2 | Chase Auto Finance Corp, Personal Property & Intangibles-Consensual Liens (UCC, chattel, PMSI) | $22,504.86 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

- 5 -

| Secured | 2 | Chase Auto Finance Corp<br>c/o Mary Lautenbach<br>National Bankruptcy Dept<br>201 N Central Ave AZ1-1191<br>Phoenix, AZ 85004 | 22,504.86 | Reaffirmed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED _____          /s/ GREGG SZILAGYI
                                       **GREGG SZILAGYI**, Trustee


GREGG SZILAGYI (ARDC # 6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:   (312) 346-8434