UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| BROWN, CARL M. ) | CASE NO. 06-08340-SPS | |
| BROWN, ARLENE ) | | |
| Debtor(s).  ) | Hon. Susan Pierson Sonderby | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois 60604

    On: April 4, 2007        Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                     $12,364.18

    Disbursements                                                             $6,000.00

    Net Cash Available for Distribution                              $6,364.18

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI Trustee | $0.00 | $1,386.42 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $871.22 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 12 | Department of the Treasury-Internal Revenue Service | 871.22 | 871.22 |

7.  Claims of general unsecured creditors totaling $68,351.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.01%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9 | American Express Bank FSB | 5,216.18 | 313.39 |
| 8 | American Express Centurion Bank | 3,386.10 | 203.44 |
| 10 | American Express Travel Related Svcs Co | 4,140.07 | 248.74 |
| 14 | Chase Bank USA NA | 10,259.23 | 616.38 |
| 5 | Citibank ( South Dakota ) N.A. | 917.82 | 55.14 |
| 7 | Citibank ( South Dakota) N.A. | 1,373.26 | 82.51 |
| 3 | Discover Bank/Discover Financial Services | 7,307.98 | 439.06 |
| 13 | eCAST Settlement Corporation | 2,516.43 | 151.17 |
| 11 | eCast Settlement Corporation assignee of | 17,414.29 | 1,046.25 |
| 6 | Innovative Bank | 15,358.60 | 922.75 |
| 4 | Recovery Management Systems Corporation | 461.16 | 27.71 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor (has or has not) been discharged.

11.  The Trustee proposes to abandon the following EXEMPT/ENCUMBERED property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 1. REAL ESTATE - 7816 S. SAGINAW | 225,000.00 |
| 2. REAL ESTATE – TIMESHARE | 3000.00 |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 |
| 4 .BOOKS, ART OBJECTS, COLLECTIBLES | 50.00 |
| 5. WEARING APPAREL | 200.00 |
| 6. FURS AND JEWELRY | 150.00 |
| 7. AUTOMOBILE - 2003 CADILLAC | 15,980.00 |

Dated: February 23, 2007                             For the Court,

2

By: <u>KENNETH S GARDNER</u>
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | GREGG SZILAGYI |
| Address: | TWO NORTH LASALLE STREET |
| | SUITE 1300 |
| | CHICAGO IL 60602 |
| Phone No.: | (312) 346-8380 |

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 06-08340   Doc 47   Filed 02/23/07   Entered 02/25/07 23:32:39   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Feb 23, 2007
Case: 06-08340                Form ID: pdf002          Total Served: 53

The following entities were served by first class mail on Feb 25, 2007.
db         +Carl M. Brown,    7816 S. Saginaw,    Chicago, IL 60649-5222
jdb        +Arlene Brown,    7816 S. Saginaw,    Chicago, IL 60649-5222
aty        +Darren L Besic,    Law Offices Of Darren L Besic,    5 East Wilson Street,    Batavia, IL 60510-2656
aty        +James L Hardemon,    Legal Remedies, Chartered,    8527 S Stony Island,    Chicago, IL 60617-2247
aty        +Kathern M. Williams,    Robert J. Semrad & Associates,    407 S. Dearborn,    6th Floor,
             Chicago, IL 60605-1136
tr         +Gregg Szilagyi,    Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,
             Chicago, IL 60602-3709
cr          Household Bank (SB) N.A. Menards,    Bass & Associates, P.C.,    3936 E Ft Lowell Rd Ste 200,
             Tucson, AZ  85712-1083
10818884    ADT Security Services,    PO Box 650485,    Dallas, TX 75265-0485
10818886    American Express,    PO Box 360002,    Fort Lauderdale, FL 33336-0002
11007718    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11007717    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10818885   +American Express Travel Related Svcs,    Pob 3001,    Malvern PA 19355-0701
11007745    American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
10818887    Amex Optima,    American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
10818888   +At & t,    Bill Payment Center,    Saginaw, MI 48663-0001
10818889    At & t Yellow Pages,    RH Donnelley,    8519 Innovation Way,    Chicago, IL 60682-0085
10818890   +BP/Citi,    PO Box 6003,    Hagerstown, MD 21747-6003
10818892   +CBUSA Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
10818891    Canawill, Inc,    1000 Milwaukee Ashland,    Glenview, IL 60025
10818893   +Century Waste Services, Inc,    PO Box 392,    Lansing, IL 60438-0392
10818894   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10818897   +Chase Auto Finance,    PO Box 901039,    Fort Worth, TX 76101-2039
11079797   +Chase Bank USA NA,    Circuit City Visa,    P O Box 100018,    Kennesaw, GA 30156-9204
10818898    Chase Cardmember Service,    Circuit City,    PO Box 10043,    Kennesaw, GA 30156-9243
10818899   +Chase/CC,    225 Chastain Meadows,    Kennesaw, GA 30144-5841
10818901   +CitiCorp Savings,    500 W. Madison Street,    Chicago, IL 60661-2566
10818902   +CitiMortgage,    PO Box 9442,    Gaithersburg, MD 20898-9442
10989255   +Citibank ( South Dakota ) N.A.,    POB 182149,    Columbus, OH 43218-2149
10998454   +Citibank ( South Dakota) N.A.,    BP AMOCO Payment Center,    4740 121st Street,
             Urbandale  IA 50323-2402
10818903    ComEd,    Bill Payment Center,    Chicago, IL 60668-0001
10818904   +Deep Green Financial,    5800 Lombardo Center Street,    Independence, OH 44131-2533
10818906   +GEMB/Sams Club,    P.O. Box 981400,    El Paso, TX 79998-1400
11084575   +HSBC,    P O Box 19360,    Portland, OR 97280-0360
10997227   +HSBC Mernards,    90 Christiana Drive,    New Castle, DE 19720-3118
10818907   +Herald Newspaper Inc.,    5240 S. Harper Avenue,    Chicago, IL 60615-4114
10818909   +Household Bank SB NA,    c/o Bass & Associates PC,    3936 E Ft Lowell Road Ste 200,
             Tucson, AZ 85712-1083
10818911   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
10818910   +Innovative Bank,    360 14th Street,    Oakland, CA 94612-3200
10818912   +Kingdom Company,    1419 E. 79th Street,    Chicago, IL 60619-4607
10818915   +MBNA America,    PO Box 17054,    Wilmington, DE 19884-0001
10818914    Market Information Center,    PO Box 5990,    Valencia, CA 91385-5990
10818917   +National City,    4653 E. Main #16-0410,    Columbus, OH 43251-0001
10818919   +Peoples Energy,    130 E. Randolph Drive,    Chicago, IL 60601-6302
10981327   +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10997228   +Risk Management,    First National Merchant Solutions,    P O Box 3190,    Omaha, NE 68103-0190
10818920    The Hartford,    PO Box 2024,    Hartford, CT 06145-2024
10818921   +Yachtsman Resort,    1304 N. Ocean Blvd,    Myrtle Beach, SC 29577-3759
11023658    eCAST Settlement Corporation,    Assignee of Household Bank,    P.O. Box 7247-6971,
             Philadelphia, PA 19170-6971
10818908   +eCast Settlement Corporation assignee of,    HSBC Bank Nevada NA/HSBC Card Servc III,
             P O Box 35480,    Newark, NJ 07193-5480
The following entities were served by electronic transmission on Feb 24, 2007.
10818896   +Fax: 602-221-4614 Feb 24 2007 02:20:38     Chase Auto Finance Corp,   c/o Mary Lautenbach,
             National Bankruptcy Dept,   201 N Central Ave AZ1-1191,   Phoenix, AZ 85004-0073
10818905   +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2007 02:00:58      Discover Financial Services,
             PO Box 15316,   Wilmington, DE 19850-5316
10981309    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2007 02:00:58
             Discover Bank/Discover Financial Services,   Po Box 3025,   New Albany, OH  43054-3025
10872414   +Fax: 602-221-4614 Feb 24 2007 02:20:38     chase auto finance,   201 n central ave,   az1-1191,
             phoenix az 85004-0073
                                                                                               TOTAL: 4
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10818895*    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
10818900*    +Chase/CC,   225 Chastain Meadows,    Kennesaw, GA 30144-5841
10818913*    +Kingdom Company,   1419 E. 79th Street,    Chicago, IL 60619-4607
10818916*    +MBNA America,   PO Box 17054,    Wilmington, DE 19884-0001
10818918*    +National City,   4653 E. Main #16-0410,    Columbus, OH 43251-0001
                                                                                             TOTALS: 0, * 5
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Feb 23, 2007
Case: 06-08340                Form ID: pdf002          Total Served: 53

           ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**                    **Signature:** _/s/ Joseph Speetjens_