UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| CARL M. BROWN | ) | CASE NO. 06-08340 |
| ARLENE BROWN, | ) | |
| Debtors | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE SUSAN PIERSON SONDERBY
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| October 10, 2007 | Gregg Szilagyi |
| DATE | TRUSTEE |

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BROWN, CARL M. | ) | CASE NO. 06-08340-SPS |
| BROWN, ARLENE | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

## DISTRIBUTION REPORT

I, GREGG SZILAGYI, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,386.42 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $871.22 |
| General Unsecured Claims: | $4,114.28 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $6,371.92 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 1,386.42 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $1,386.42 | $1,386.42 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 871.22 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12 | Department of the Treasury-Internal Revenue Service, Claims of Governmental Units-- 507(a)(8) | $871.22 | $871.22 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 68,351.12 | 6.02 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 9 | American Express Bank FSB, General Unsecured 726(a)(2) | $5,216.18 | $313.98 |
| 8 | American Express Centurion Bank, General Unsecured 726(a)(2) | $3,386.10 | $203.82 |
| 10 | American Express Travel Related Svcs Co, General Unsecured 726(a)(2) | $4,140.07 | $249.20 |
| 14 | Chase Bank USA NA, General Unsecured 726(a)(2) | $10,259.23 | $617.55 |
| 5 | Citibank ( South Dakota ) N.A., General Unsecured 726(a)(2) | $917.82 | $55.25 |
| 7 | Citibank ( South Dakota) N.A., General Unsecured 726(a)(2) | $1,373.26 | $82.66 |
| 3 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $7,307.98 | $439.89 |
| 13 | eCAST Settlement Corporation, General Unsecured 726(a)(2) | $2,516.43 | $151.47 |
| 11 | eCast Settlement Corporation assignee of, General Unsecured 726(a)(2) | $17,414.29 | $1,048.22 |
| 6 | Innovative Bank, General Unsecured 726(a)(2) | $15,358.60 | $924.48 |
| 4 | Recovery Management Systems Corporation, General Unsecured 726(a)(2) | $461.16 | $27.76 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 63,384.72 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | chase auto finance, Personal Property & Intangibles-Consensual Liens (UCC, chattel, PMSI) | $40,879.86 | $0.00 |
| 2 | Chase Auto Finance Corp, Personal Property & Intangibles-Consensual Liens (UCC, chattel, PMSI) | $22,504.86 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

| Secured | 2 | Chase Auto Finance Corp<br>c/o Mary Lautenbach<br>National Bankruptcy Dept<br>201 N Central Ave AZ1-1191<br>Phoenix, AZ 85004 | 22,504.86 | Reaffirmed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   April 6, 2007                         /s/ GREGG SZILAGYI
                                              **GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC # 6198555)
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO IL 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520

06-08340:43.2:Application for Compensation:Proposed Order Entered: 2/20/2007 4:51:45 PM by:Gregg Szilagyi Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BROWN, CARL M. | ) | CASE NO. 06-08340-SPS |
| BROWN, ARLENE | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on Trustee Gregg Szilagyi's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,386.42 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,386.42 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

By: _____
United States Bankruptcy Judge

2-5-07

*Order Prepared by:*

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

# EXHIBIT B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08340
Case Name: CARL M. BROWN ARLENE BROWN
Taxpayer ID No: XX-XXX0990
For Period Ending: 10/10/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4200 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/19/2006 | | | Balance Forward | | | | 0.00 |
| 10/19/2006 | 1 | BROWN, CARL M. 7815 S. SAGINAW CHICAGO, IL 60649 | SURPLUS FROM UCC SALE OF BOAT | 1129-000 | 12,352.02 | | 12,352.02 |
| 10/23/2006 | | | Transfer to Acct#XXXXXX4226 | 9999-000 | | 6,000.00 | 6,352.02 |
| 10/31/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.55 | | 6,353.57 |
| 11/30/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.22 | | 6,358.79 |
| 12/29/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.39 | | 6,364.18 |
| 1/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.41 | | 6,369.59 |
| 2/28/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.89 | | 6,374.48 |
| 3/15/2007 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | | 2300-000 | | 8.67 | 6,365.81 |
| 3/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.41 | | 6,371.22 |
| 4/5/2007 | INT | Bank of America | Interest | 1270-000 | 0.70 | | 6,371.92 |
| 4/5/2007 | | | Transfer to Acct#XXXXXX4226 | 9999-000 | | 6,371.92 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 12,380.59 | 12,380.59 |
| Less: Bank Transfers/CD's | 0.00 | 12,371.92 |
| Subtotal | 12,380.59 | 8.67 |
| Less: Payments to Debtors | | 0.00 |
| Net | 12,380.59 | 8.67 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXXX4200 Page Subtotals | 12,380.59 | 8.67 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 12,380.59 | 12,380.59 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-08340
Case Name: CARL M. BROWN
ARLENE BROWN
Taxpayer ID No: XX-XXX0990
For Period Ending: 10/10/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4200 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | | 12,380.59 | 8.67 | 0.00 |
| | | | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals     0.00     0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08340
Case Name: CARL M. BROWN
ARLENE BROWN
Taxpayer ID No: XX-XXX0990
For Period Ending: 10/10/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4226 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Page: 1

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | 0.00 |
| 10/23/2006 | | Transfer from Acct#XXXXXX4200 | Transfer of Funds | 9999-000 | 6,000.00 | | 6,000.00 |
| 10/23/2006 | 001001 | BROWN, CARL M. 7816 S. SAGINAW CHICAGO, IL 60649 | PAYMENT OF EXEMPTION RE BOAT | 8100-000 | | 6,000.00 | 0.00 |
| 4/5/2007 | | Transfer from Acct#XXXXXX4200 | Transfer of Funds | 9999-000 | 6,371.92 | | 6,371.92 |
| 4/6/2007 | 001002 | GREGG SZILAGYI TWO NORTH LASALLE STREET SUITE 1300 CHICAGO IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 1,386.42 | 4,985.50 |
| 4/6/2007 | 001003 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | (Final distribution to Claim 12, representing a Payment of 100.00% per court order.) | 5800-000 | | 871.22 | 4,114.28 |
| 4/6/2007 | 001004 | Recovery Management Systems Corporation Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | (Final distribution to Claim 4, representing a Payment of 6.02% per court order.) | 7100-000 | | 27.76 | 4,086.52 |
| 4/6/2007 | 001005 | Citibank ( South Dakota) N.A. Citibank ( South Dakota) N.A. BP AMOCO Payment Center 4740 121st Street Urbandale IA 50323 | (Final distribution to Claim 7, representing a Payment of 6.02% per court order.) | 7100-000 | | 82.66 | 4,003.86 |
| | | | | Page Subtotals | 12,371.92 | 8,368.06 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08340
Case Name: CARL M. BROWN / ARLENE BROWN
Taxpayer ID No: XX-XXX0990
For Period Ending: 10/10/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4226 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 4/6/2007 | 001006 | Citibank ( South Dakota ) N.A.<br>Citibank ( South Dakota ) N.A.<br>POB 182149<br>Columbus, OH 43218 | (Final distribution to Claim 5, representing a Payment of 6.02% per court order.) | 7100-000 | | 55.25 | 3,948.61 |
| 4/6/2007 | 001007 | Innovative Bank<br>Innovative Bank<br>360 14th Street<br>Oakland, CA 94612 | (Final distribution to Claim 6, representing a Payment of 6.02% per court order.) | 7100-000 | | 924.48 | 3,024.13 |
| 4/6/2007 | 001008 | American Express Centurion Bank<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 8, representing a Payment of 6.02% per court order.) | 7100-000 | | 203.82 | 2,820.31 |
| 4/6/2007 | 001009 | American Express Bank FSB<br>American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 9, representing a Payment of 6.02% per court order.) | 7100-000 | | 313.98 | 2,506.33 |
| 4/6/2007 | 001010 | Discover Bank/Discover Financial Services<br>Discover Bank/Discover Financial Services<br>Po Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 3, representing a Payment of 6.02% per court order.) | 7100-000 | | 439.89 | 2,066.44 |
| 4/6/2007 | 001011 | American Express Travel Related Svcs Co<br>American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 10, representing a Payment of 6.02% per court order.) | 7100-000 | | 249.20 | 1,817.24 |
| | | | Page Subtotals | | 0.00 | 2,186.62 | |

Page: 2

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-08340
Case Name: CARL M. BROWN
ARLENE BROWN
Taxpayer ID No: XX-XXX0990
For Period Ending: 10/10/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4226 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 4/6/2007 | 001012 | eCast Settlement Corporation assignee of HSBC Bank Nevada NA/HSBC Card Serv III<br>P O Box 35480<br>Newark, NJ 07193 | (Final distribution to Claim 11, representing a Payment of 6.02% per court order.) | 7100-000 | | 1,048.22 | 769.02 |
| 4/6/2007 | 001013 | eCAST Settlement Corporation Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | (Final distribution to Claim 13, representing a Payment of 6.02% per court order.) | 7100-000 | | 151.47 | 617.55 |
| 4/6/2007 | 001014 | Chase Bank USA NA<br>Chase Bank USA NA<br>Circuit City Visa<br>P O Box 100018<br>Kennesaw, GA 30156-9104 | (Final distribution to Claim 14, representing a Payment of 6.02% per court order.) | 7100-000 | | 617.55 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 12,371.92 | 12,371.92 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 12,371.92 | 12,371.92 |
| Less: Payments to Debtors | | 6,000.00 |
| Net | 12,371.92 | 6,371.92 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - XXXXXXX4226 | 0.00 | 6,371.92 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 0.00<br>(Excludes account transfers) | 0.00<br>(Excludes payments to debtors) | 0.00<br>Total Funds on Hand |

Page Subtotals 0.00 1,817.24

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3754454226
01 01 148 06 M0000 E#        0
Last Statement:   08/31/2007
This Statement:   09/28/2007

ESTATE OF
BROWN, CARL M., DEBTOR
BROWN, ARLENE, DEBTOR
GREGG SZILAGYI - TRUSTEE
06-08340
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page     1 of    2

Bankruptcy Case Number: 0608340

This month, you will see changes to the information describing automated clearing house transactions posting to your account. These technical changes will provide you with more reference information in an easy-to-read format.

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 09/01/2007 - 09/28/2007 | | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/31 | .00 | .00 | 09/28 | .00 | .00 |

Recycled Paper